IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WarnerMedia Network Sales, Inc., Discovery Communications, LLC, Scripps Networks, LLC, The Travel Channel, L.L.C., Television Food Network, G.P., and Cooking Channel, LLC,<br><br>                    Plaintiffs,<br>vs.<br><br>DISH Network L.L.C.,<br><br>                    Defendant. | 25 Misc. 381 (PAE)<br><br>Order |

## ORDER GRANTING
## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

For the reasons set forth in Plaintiffs' Motion for Leave to File Under Seal and the accompanying Declaration of Rich Palermo, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Under Seal is GRANTED, and it is further ordered that the DISH Affiliation Agreements referenced therein be filed under seal, and that the portions of Plaintiffs' Complaint referencing these agreements be filed under seal.

IT IS SO ORDERED.

Dated: September 8, 2025
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE